UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY FU, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 05-1776 (PLF) |
| UNITED STATES OF AMERICA, | ) |
|       Defendant. | ) |

ORDER

On September 6, 2005, plaintiff filed a *pro se* complaint in this Court asserting violations of the Tax Code and regulations by officers or agents of the United States. Rule 4(m) of the Federal Rules of Civil Procedure states that if the plaintiff does not serve the summons and complaint upon the defendant "within 120 days after the filing of the complaint, the court, upon motion or its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time." Fed.R.Civ.P. 4(m).  Plaintiff's deadline for serving the defendant was January 4, 2006.  The summons in this case has not issued and the defendant has not been served as of this date.   Accordingly, it is hereby

ORDERED that plaintiff shall show cause on or before February 3, 2006 why this case should not be dismissed for failure to complete service of process.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE: January 19, 2006                           United States District Judge