# United States District Court
## FOR THE DISTRICT OF COLUMBIA

Audrey Fu,
6913 Niumalu Loop,
Honolulu HI 96825
808-395-9286

Case No. **1:05cv01776(PLF)**

       Plaintiff(s),

v.

United States
       Defendant.

## RESPONSE TO ORDER OF COURT

Plaintiff responds to order of Court dated January 19, 2006 as follows:

Plaintiff filed the instant matter on September 6, 2005.

Plaintiff sent a complaint and two summonses to the clerk of court.

Clerk of court returned the complaint.

Clerk of court did not sign and return the summons.

Plaintiff has made additional applications for signed summonses.

The clerk of court has refused to sign and issue the summonses.

Plaintiff received plaintiff's amended complaint on January 30, 2006.

Plaintiff's summonses, which were included in the package with the amended complaint were returned unsigned.

Thus, plaintiff's failure to serve defendant, United States, is due to the refusal of the clerk of court to timely issue summonses to plaintiff.

Wherefore, plaintiff request an enlargement of time to serve defendant United States, and

an order from the court requiring the clerk to sign and return the attached summonses.

Dated _January 31,_____, 2006

_____Audrey Fu_____
Audrey Fu

# United States District Court
## FOR THE DISTRICT OF COLUMBIA

**Audrey Fu,**

v.

**United States**

**SUMMONS IN A CIVIL CASE**

Case No.: 1:05-cv-01776(PLF)

To:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Audrey Fu,
6913 Niumalu Loop,
Honolulu HI 96825,
808-395-9286

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____     _____
        Court Clerk                                Date

by _____
       Deputy Clerk

# United States District Court
## FOR THE DISTRICT OF COLUMBIA

**Audrey Fu,**

v.

**United States**

**SUMMONS IN A CIVIL CASE**

Case No.: 1:05-cv-01776(PLF)

To:

Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Audrey Fu,
6913 Niumalu Loop,
Honolulu HI 96825,
808-395-9286

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____          _____
         Court Clerk                                    Date

by _____
         Deputy Clerk