# UNITED STATES DISTRICT COURT
## District of Columbia

Audrey Fu

v.

United States

SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:05CV 01776 (PLF)

RECEIVED
JUL - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: (Name and address of Defendant)

Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th St. N.W
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Audrey Fu
6913 Niumalu Loop
Honolulu, HI. 96825
808-395-9286

an answer to the *amended* complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the *amended* complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
_____
CLERK

T. Davis
_____
(By) DEPUTY CLERK

DATE  6/1/06

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]

DATE: June 18, 2006

NAME OF SERVER (PRINT): LIANE FU

TITLE:

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): US Postal Service Certified mail (7005 1820 0004 6058 5779)

### STATEMENT OF SERVICE FEES

TRAVEL | SERVICES | TOTAL $ 8.30

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/26/06
Date

Signature of Server

Address of Server: 4223 KAIMANAHILA ST, HONOLULU, HI 96816

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Civil Process Clerk
    Kenneth L. Wainstein
    United States Attorney
    District of Columbia
    555 4th St. N.W.
    Washington, District of
    Columbia
    20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 JUN 18 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   7005 1820 0004 6058 5779

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Case 1:05-cv-01776-PLF     Document 5     Filed 07/03/2006     Page 4 of 5

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

AUDREY Fu
6913 Niumalu Loop
Honolulu, Hi. 96825



JUN 3 0 2006
NANCY

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) JUN 18 2006   C. Date of Delivery |
| 1. Article Addressed to:<br>Civil Process Clerk<br>Kenneth L. Wainstein<br>United States Attorney<br>District of Columbia<br>555 4th St. N.W.<br>Washington, District of Columbia 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>7005 1820 0004 6058 5779 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540