IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY FU, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-01776 (PLF) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Beatriz T. Saiz as attorney for the defendant in the above-captioned proceeding.

DATED: August 2, 2006.

                                                              Respectfully submitted,

                                                              /s/ Beatriz T. Saiz
                                                              BEATRIZ T. SAIZ
                                                              Trial Attorney, Tax Division
                                                              U.S. Department of Justice
                                                              P.O. Box 227
                                                              Ben Franklin Station
                                                              Washington, DC 20044
                                                              Phone/Fax: (202) 307-6585/514-6866
                                                             Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on August 2, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Audrey Fu
>6913 Niumalu Loop
>Honolulu, HI 96825

>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ