IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY FU, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-01776 (PLF) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on August 2, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

        Audrey Fu
        6913 Niumalu Loop
        Honolulu, HI 96825

          /s/ Beatriz T. Saiz
          BEATRIZ T. SAIZ