UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
AUDREY FU,                                    )
                                              )
                    Plaintiff,                )
                                              )
            v.                                )        Civil Action No. 05-1776 (PLF)
                                              )
UNITED STATES,                                )
                                              )
                    Defendant.                )
_____     )


ORDER

  For the reasons explained in the Memorandum Opinion issued this same day, it is

hereby

  ORDERED that defendant's motion [8] to dismiss for insufficient service of

process is DENIED; it is

  FURTHER ORDERED that defendant's motion [8] to dismiss the plaintiff's

claim for compensatory damages for failure to state a claim upon which relief can be granted is

GRANTED; it is

  FURTHER ORDERED that defendant's motion [8] to dismiss the plaintiff's

claims for punitive damages and a declaratory judgment for lack of subject matter jurisdiction is

GRANTED; and it is

FURTHER ORDERED that the Clerk of the Court shall remove this case from the docket of the Court.  This is a final appealable order.  See Fed. R. App. P. 4(a).  All other pending motions are denied as moot.

SO ORDERED.


_/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: December 20, 2006